# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

TAMMY GEORGE

CIVIL ACTION

VERSUS

NO. 15-14-JWD-RLB

FRESENIUS MEDICAL CARE
NORTH AMERICA ET AL.

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 4, 2015, to which no opposition was filed:

**IT IS ORDERED** that pursuant to Local Rule 41(b)(1)(A), Plaintiff's claims against defendant Sheryl Wilcutt are dismissed, without prejudice, for failure to effect service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Signed in Baton Rouge, Louisiana, on June 24, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**